Hiram S. Cody and Others, Appellants, v. Samuel Yaffe, Respondent.— Order

so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.